## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 2:17-CR-146 |
| | ) | |
| **Plaintiff,** | ) | HONORABLE |
| | ) | ALGENON L. MARBLEY |
| | ) | |
| **-V-** | ) | **REQUEST FOR CONTACT VISITS** |
| | ) | **WITH CO-DEFENDANT HUSBAND** |
| **GIFTY KUSI** | ) | |
| | ) | |
| **Defendant.** | ) | |

Now comes defendant, by and through undersigned counsel, and hereby moves this Honorable Court to allow her to have visitation with her co-defendant husband who has been incarcerated since March 21, 2019.

          Respectfully submitted,

          /J. Anthony Rich/

          J. Anthony Rich (0066295)
          Counsel for Defendant
          The City Center
          300 Broadway, Suite 101-B
          Lorain, OH 44052
          440.245.2274
          440.244.0811 fax
          anthony@janthonyrich.com

## *CERTIFICATE OF SERVICE*

A copy of the foregoing was delivered via e-mail this  2nd   day of April 2019 to the United States Attorney's Office.

/J. Anthony Rich/

_____

J. Anthony Rich (0066295)
Counsel for Defendant