IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:17-cr-146 |
| v. | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| GIFTY KUSI, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on Defendant Kusi's Motion for Visitation. Ms. Kusi is currently under a home detention restriction which does not allow her to visit her husband, who was her co-defendant at trial, while he is incarcerated. This Court hereby orders Ms. Kusi's detention restriction be modified to allow for visitation. Ms. Kusi shall be permitted to visit her husband while he is incarcerated but she shall otherwise remain subject to the home detention restrictions outlined by the Court and implemented by the Probation Officer supervising her release. In addition, Ms. Kusi's requests for visitation shall be approved by the Probation Officer and may be subject to further review by this Court as required.

IT IS SO ORDERED.

                                                                                 s/Algenon L. Marbley
                                                                                 ALGENON L. MARBLEY
                                                                                 United States District Judge

Dated: April 4, 2019