IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Case No. 2:17-cr-146 |
| v. | : |
| | : JUDGE ALGENON L. MARBLEY |
| GIFTY KUSI, | : |
| | : |
| Defendant. | : |

## ORDER

This matter comes before the Court on Defendant Kusi's Motion for Bond Amendment. (ECF No. 124). Ms. Kusi is pregnant and expects to give birth during the month of June. After a conversation with her doctors, Ms. Kusi requests that this Court modify the conditions of her bond to allow her to remove the ankle monitor while she is in labor and in the hospital. This Court has been advised by U.S. Pretrial Services Officer Tiara Turner that there is no objection to this arrangement; the Assistant United States Attorney similarly informs this Court that there is no objection from the prosecution.

Accordingly, this Court hereby modifies the terms of Ms. Kusi's bond conditions as follows:

Ms. Kusi, hospital personnel, or emergency services personnel may remove the ankle monitor when Ms. Kusi goes into labor or is admitted to the hospital. The monitor may remain off while she is at the hospital, in labor, or recovering. When Ms. Kusi is released from the hospital, she should return to wearing the ankle monitor. Removing the ankle monitor while Ms. Kusi is in labor and delivery or while she is at the hospital is consistent with the terms of her release on bond.

**IT IS SO ORDERED.**

s/Algenon L. Marbley
ALGENON L. MARBLEY
**Dated: June 7, 2019**     United States District Judge