# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-00146-002 |
| Plaintiffs, | |
| vs. | NOTICE OF APPEAL |
| GIFTY KUSI, | |
| Defendant. | |

Defendant Gifty Kusi hereby gives notice of appeal to the Sixth Circuit Court of Appeals from the Judgment of the District Court entered November 27.

Respectfully submitted,

/s/ J. Anthony Rich
J. Anthony Rich (0066295)
Counsel for Defendant
The City Center
300 Broadway, Suite 101-B
Lorain, OH 44052
440.245.2274
440.244.0811 fax
anthony@janthonyrich.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system this December 2, 2019 upon all counsel of record.

/s/ J. Anthony Rich