IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:17-cr-00146-2 |
| | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : |
| GIFTY KUSI, | : |
| | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendant Gifty Kusi's Motion to Request Permission to Rent Out a Property Located at 3219 Sullivant Avenue in Columbus, Ohio to the SperoHealth Group.  Doc. 151.  Defendant does not explain why she needs the Court's permission prior to renting out this property, or the grounds for granting this request.  Accordingly, the Court **DENIES** Defendant's Motion [#151] **WITHOUT PREJUDICE**.  If she so chooses, Defendant should file a new motion explaining the basis for her request and setting forth the grounds for why the Court should grant the request.

**IT IS SO ORDERED.**

    /s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: May 4, 2020**